PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kyna Felder-Ruiz                                                                          Cr.: 18-00205-002
                                                                                                             PACTS #: 4773993

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/31/2019

Original Offense:   Conspiracy to Defraud the Internal Revenue Service, 18 U.S.C. 371

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Fine, Financial Disclosure, Cooperate with IRS, No New Debt/Credit, Employment Requirements/Restrictions, Self-Employment/Business Disclosure, Location Monitoring Program

Type of Supervision: Probation                                          Date Supervision Commenced: 10/31/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance and paraphernalia related to such substances.**

                    On October 31, 2019, the offender immediately reported to the Probation Office after being sentenced by Your Honor. She was drug tested and was positive for marijuana. She admitted use and apologized for her actions.

Prob 12A – page 2
Kyna Felder-Ruiz

U.S. Probation Officer Action:

Ms. Felder-Ruiz was given a verbal reprimand for using marijuana prior to sentencing. Since being placed on supervised release, she has maintained employment and all drug tests remain negative. Home and employment visits have been made to verify her current residence and employment. We will continue to monitor the offender's compliance and notify the court of any additional non-compliance.

Respectfully submitted,

*Afonso A. Fernandes*
By: Afonso A. Fernandes   *LRG*
Senior U.S. Probation Officer
Date: 07/07/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

*s/Susan D. Wigenton*
Signature of Judicial Officer

*July 9, 2020*
Date