# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyna Felder-Ruiz | Cr.: 18-00205-002 |
| | PACTS #: 4773993 |

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/31/2019

Original Offense:    Conspiracy to Defraud the Internal Revenue Service, 18 U.S.C. § 371

Original Sentence: 3 years' probation

Special Conditions: 8 Months of the Location Monitoring Program, Financial Disclosure, Cooperation with the Internal Revenue Service, New Debt Restriction, Self-Employment/Business Disclosure, Occupational Restrictions, and a Fine of $2,500

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: 10/31/2019 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision has violated the special condition which states **'The defendant shall make fine in the amount of $2,500. This fine is due immediately and shall be paid in full within 30 days of sentencing. In the event that you are not able to pay the fine within 30 days, you shall satisfy the amount due in monthly payments as determined by Probation.'** |

U.S. Probation Officer Action:

Felder-Ruiz last made a payment on August 27, 2020 in the amount of $250. She was verbally reprimanded for her lack of payments. When questioned, Felder-Ruiz stated she believed her payments were not being accounted for and therefore stopped making payments. She agreed to commence making payments of $200 monthly; a payment was made on May 26, 2021 in the amount of $200. There is an outstanding balance of $1,800.

We are requesting no formal Court action at this time. Should Felder-Ruiz continue to fail to adhere to the Court ordered monthly payments, or if any other noncompliance occurs, the Court will be notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*             *06/03/2021*
KELLY A. MACIEL              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

June 3, 2021
Date