PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kyna Felder-Ruiz  Cr.: 18-00205-002
PACTS #: 4773993

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/31/2019

Original Offense:   Conspiracy to Defraud the Internal Revenue Service, 18 U.S.C. § 371

Original Sentence: 3 years' probation

Special Conditions: $2,500 Fine, 3 Months on the Location Monitoring Program, Cooperation with the Internal Revenue Service, New Debt Restrictions, Self-Employment/Business Disclosure, and Occupational Restrictions

Type of Supervision: Probation  Date Supervision Commenced: 10/31/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1    The person under supervision has violated the standard condition which states **"you must not commit another federal, state, or local crime."**

    On May 9, 2021, Felder-Ruiz was arrested by the U.S. Marshall's as she attempted to enter the Martin Luther King Jr. Federal Building and U.S. Courthouse with five (5) 9 mm bullets in her purse. A complaint was filed charging Felder-Ruiz with possession of ammunition and is scheduled to appear before the Honorable Anthony R. Mautone, United States Magistrate Judge, on August 26th. 2021 at 9am.

U.S. Probation Officer Action:

At this time, we recommend no formal Court action and the violations be held in abeyance. She will be closely monitored as will the pending charges.

Prob 12A – page 2
Kyna Felder-Ruiz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:  ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*          *06/16/2021*
KELLY A. MACIEL           Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

June 17, 2021
Date