PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kyna Felder-Ruiz     Cr.: 18-00205-002
    PACTS #: 4773993

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/31/2019

Original Offense:    Conspiracy to Defraud the Internal Revenue Service, in violation of 18 U.S.C. § 371, a Class D Felony

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Fine, Financial Disclosure, Cooperate with IRS, No New Debt/Credit, Employment Requirements/Restrictions, Self-Employment/Business Disclosure, Location Monitoring Program, Mental Health Treatment

Type of Supervision: Probation                        Date Supervision Commenced: 10/31/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |

                 On May 3, 2021, Felder-Ruiz was instructed to report to the probation office on May 9, 2021 to submit a specimen for urinalysis. On May 9, 2021, she was arrested by the U.S. Marshal Service as she attempted to enter the Martin Luther King Jr. Federal Building and U.S. Courthouse with five (5) 9 mm bullets in her purse. A complaint was filed charging Felder-Ruiz with possession of ammunition, and she was scheduled to appear before the Honorable Anthony R. Mautone, United States Magistrate Judge.

                 On November 18, 2021, Felder-Ruiz appeared before the Honorable Cathy Waldor, United States Magistrate Judge. Felder-Ruiz's charges were downgraded to a Disorderly Conduct, in violation of 18 U.S.C. 13-7950.P, a Class B Misdemeanor and she was ordered to complete 40 hours community service. Felder-Ruiz was not ordered a new term of supervision.

U.S. Probation Officer Action:
The Probation Office recommends no formal Court action and that Felder-Ruiz complete her community service as ordered by Judge Waldor. Please allow this letter to serve as a formal written reprimand to address the non-compliance.

Prob 12A – page 2
Kyna Felder-Ruiz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*                    12/20/2021
ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

December 21, 2021
Date